**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mukhtar Mussa,<br><br>              Plaintiff,<br><br>v.<br><br>Honeywell International Inc.,<br><br>              Defendant. | Case No. 24-cv-02292-JRT-JFD<br><br>**DECLARATION OF**<br>**PAOLA K. MALDONADO** |

I, Paola K. Maldonado, declare the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.     I am one of the attorneys representing Defendant Honeywell International Inc.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the deposition of Plaintiff taken on October 27, 2025.

Executed on January 5, 2026, in Hennepin County, State of Minnesota.

*s/Paola K. Maldonado*
Paola K. Maldonado